IN THE UNITED SATES DISTRICT COURT FOR THE SOUTHERN DISTICT OF MISSISSIPPI WESTERN DIVISION

ASHLEY BROOKS BRIAN SHARP
And RACHEL LEBANC
And others similarly situated

                                                          PLAINTIFFS

V.                                       Cause No.: 5:160-cv-31KS-MTP

ILLUSIONS INC
And Thomas Walsh                DEFENDANTS

## **MOTION FOR EXTENSION OF TIME TO ANSWER**

COMES NOW, through undersigned counsel, Defendants illusions inc and Thomas Walsh makes the following motion for additional time to answer and will show the court as follows:

1. This motion to conditionally have class certification was filed and the answer is due October 20, 2016

2. Defendant's attorney has conflicts and requests seven additional days to answer

3. Opposing counsel has been notified and raises no objection

Therefore the Defendant request his answer to motion be due October 27

Submitted this the 19th October


Illusions Inc

Thomas Welch




\_\_\_/Anders Ferrington/

Anders Ferrington pllc
MSB102444
P.O. Box 3080
Jackson MS 39207
601-316-8428

## CERTIFICATE OF SERVICE

I certify the following documents were sent by the United States mail, first class postage prepaid to: Joel Dillard

    This the 6th day of September

                          ___/Anders Ferrington/_____ Anders Ferrington (MSB #102444)

Anders Ferrington (MSB# 102444)
**Anders Ferrington PLLC**
P.O. Box 3080
Jackson, Mississippi 39207 Telephone:
(601) 316-8428
anders@ferringtonlaw.com