IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ASHLEY BROOKS et al.**                                                       **PLAINTIFFS**

**v.**                                            **CIVIL ACTION NO. 5-16-CV-31-KS-MTP**

**ILLUSIONS, INC., et al.**                                          **DEFENDANTS**

## **ORDER**

On January 13, 2017, Plaintiffs ("Movants") filed their Motion to Enforce Order and for Civil Contempt [31]. Defendants ("Respondents") have until on or before **January 27, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **February 3, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   18th   day of January, 2017.

                                                          s/Keith Starrett
                                                        KEITH STARRETT
                                                        UNITED STATES DISTRICT JUDGE