# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**ASHLEY BROOKS et al.**                                            **PLAINTIFFS**

**v.**                                            **CIVIL ACTION NO. 5-16-CV-31-KS-MTP**

**ILLUSIONS, INC., et al.**                                            **DEFENDANTS**

## ORDER

On June 6, 2017, Plaintiffs ("Movants") filed their Motion for Contempt [48]. Defendants ("Respondents") have until on or before **June 20, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **June 27, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __13th____ day of June, 2017.

    ___s/ Keith Starrett_____
    KEITH STARRETT
    UNITED STATES DISTRICT JUDGE