IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ASHLEY BROOKS, et al.**                                                **PLAINTIFFS**

**v.**                          **CIVIL ACTION NO. 5:16-CV-31-KS-MTP**

**ILLUSIONS, INC., et al.**                                         **DEFENDANTS**

## **ORDER**

BEFORE THE COURT were the parties represented by counsel for a status conference. Representing the plaintiffs was Mr. Joel Dillard and representing the defendants was Mr. Michael Cory. Following a discussion of the status of the case and agreement by the parties it is Ordered by the Court as follows:

1. That the Plaintiffs will complete responses to all outstanding written discovery within fifteen (15) days of the date of this Order.

2. That any additional motions relative to the remaining issues will be filed by the defendants on or before February 1, 2018.

3. The case is set for a jury trial to begin at 9:00 a.m. April 30, 2018 at the Courthouse in Natchez, Mississippi. The pretrial conference is set for April 23, 2018 at 1:30 p.m. in Courtroom 1, Colmer Federal Building, Hattiesburg, Mississippi. A pretrial conference notice will go out prior to said conference and shall be complied with by the parties.

4. While the case is set as a jury trial, if the parties jointly agree to a bench trial the status will be changed. Any agreement to change the status from a jury trial to a bench trial shall be made at least fifteen (15) days prior to April 30, 2018.

**SO ORDERED** this the  4th    day of January, 2018.


                                                  s/Keith Starrett
                                                UNITED STATES DISTRICT JUDGE