IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

ASHLEY BROOKS, BRIAN SHARP, RACHEL
LEBLANC AND TAMORIA VITAL                                                          PLAINTIFFS

V.                                                                CAUSE NO.: 5:16-cv-31 KS-MTP

ILLUSIONS, INC.
And Thomas Walsh                                                                   DEFENDANTS

## AGREED FINAL JUDGMENT

THIS MATTER came before the Court at a settlement conference on April 12, 2018, during which time a settlement between all parties was reached. As part of said settlement, all parties consented on the record to, among other things, the entry of an Agreed Final Judgment in favor of the Plaintiffs against the Defendants, Illusions, Inc., and Thomas Walsh, jointly and severally, in the total amount of $75,000.00.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Plaintiffs shall have of and from the Defendants, Illusions, Inc., and Thomas Walsh, a judgment in the amount of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

IT IS FURTHER ORDERED AND ADJUDGED, that each party will separately bear their respective costs for this action.

THIS THE  23rd   day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　   s/Keith Starrett
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**APPROVED:**

BY: /s/Joel Dillard
　　　JOEL F. DILLARD

BY: /s/Michael V. Cory, Jr.
　　　MICHAEL V. CORY, JR.

1

**OF COUNSEL:**

JOEL F. DILLARD, PA (M.S. Bar No. 104202)
775 N. Congress St.
Jackson, MS 39202
Ph: 601-487-7369
Email: joel@joeldillard.com
Counsel for Plaintiff

Michael V. Cory, Jr., (MSB #9868)
DANKS MILLER & CORY
213 South Lamar Street
Jackson, Mississippi (39201)
Post Office Box 1759
Jackson, Mississippi 39215-1759
Telephone: 601.957.3101
Facsimile: 601.957.3160